THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DAVID L. DANIELS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIV-19-374-R |
| | ) |
| JANET DOWLING, Warden, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Petitioner filed this action seeking a writ of habeas corpus, challenging a conviction in the District Court of Oklahoma County. Pursuant to 28 U.S.C. § 636(b)(1)(B) and (C) the matter was referred to United States Magistrate Judge Shon T. Erwin for preliminary review. On March 27, 2020, Judge Erwin issued a Report and Recommendation wherein he recommended the Petition be denied. (Doc. No. 23). The record reflects that Petitioner has not objected to the Report and Recommendation within the time limits prescribed therein nor sought an extension of time in which to object to the Report and Recommendation. Accordingly, the Report and Recommendation is ADOPTED IN ITS ENTIRETY and the Petition is DENIED.

**IT IS SO ORDERED** this 21st day of April 2020.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE